AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | | |
|---|---|---|
| JAMES T O'HORA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26-CV-00570-SFR |
| RELLEVATE CT, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Rellevate CT, Inc., Victoria Lopez Negrete, Greg Schneider, and Stewart Stockdale                    .

Date:    05/12/2026

*Attorney's signature*

Tyler W. Rutherford (ct31528)
*Printed name and bar number*

Pastore LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905

*Address*

Trutherford@pastore.net
*E-mail address*

(203) 658-8454
*Telephone number*

(203) 717-5550
*FAX number*